LAW OFFICES
# STUBBS & LEONE
A PROFESSIONAL CORPORATION

GREGORY E. STUBBS
LOUIS A. LEONE
—
MARINA B. PITTS
KATHLEEN L. DARMAGNAC
MICHAEL L. SMITH
JILL DARSOW

2175 N. CALIFORNIA BOULEVARD, SUITE 900
WALNUT CREEK, CA 94596
(925) 974-8600
(925) 974-8601 FAX

OF COUNSEL
NANCY A. HUNEKE

June 21, 2005

Hon. Maxine M. Chesney
U.S. District Court - Northern District
450 Golden Gate Avenue, Room 16-111
San Francisco, CA 94102

Re:  **Madison v. Pleasanton Unified School District**
     **U.S. District Court Northern District, Case No. C04 0261 MMC**

Your Honor:

The above-referenced matter is currently set for a status conference on Friday, June 24, 2005 at 10:30 a.m.

The reason for the status conference was an impasse regarding the language set forth in the release and settlement agreement with the plaintiff. However, the parties have now agreed on the language of the settlement agreement, and plaintiff and her counsel have executed the agreement, and all other counsel, including plaintiff's former counsel, have approved same as to form.

The only remaining issue is forwarding the settlement proceeds to plaintiff and her counsel.

As such, this is to request that the June 24th status conference be taken off calendar, or in the alternative, be continued for 30 days.

Thank you for your attention to this matter.

Very truly yours,

*Marina Pitts*

MARINA B. PITTS, ESQ.

MBP:cl

cc:  Linnea Willis, Esq.
     Gregory J. Rockwell, Esq.
     Vernon C. Goins, Esq.

S:\docs\clients\Lou\Madison\Correspondence\Judge Chesney.001.ltr.wpd

In light of plaintiff's objection, the request is hereby DENIED.

Dated: June 22, 2005



DENIED
Judge Maxine M. Chesney