# Linnea N. Willis
## Law Office of Linnea N. Willis

*7677 Oakport Street, Suite 1050*           **Phone:** *510.383.9795*
*Oakland, California 94621*          **Fax:**    *510.567.1395*

June 23, 2005

Honorable Judge Maxine M. Chesney
U.S. District Court – Northern District
450 Golden Gate Avenue, Room 16-111
San Francisco, CA 94102

Re: **_Madison v. Alameda County Sheriff's Office et. al._**
United States District Court Case No. C04-0261 MMC
**STATUS CONFERENCE – Friday 24, 2005 at 10:30 a.m.**

Dear Honorable Judge Chesney:

In light of the receipt of a portion of the settlement funds from the Alameda County Sheriff's Office, and in light of the other Defendants' representation that the other funds will be arriving within the next few days, Plaintiff hereby requests that the Status Conference scheduled for tomorrow June 24, 2005 at 10:30 a.m. be put over for one month in order to receive and process all the settlement funds. Immediately upon the clearance of all settlement funds, Plaintiff will file a Request for Dismissal against all Defendants and the Status Conference will be moot.

I have conferred with all counsel and both of Defendants' counsel Greg Rockwell and Marina Pitts are in agreement with this request to put the Status Conference over for one month.

Thank you for your consideration.

Sincerely,

s/Linnea N. Willis

Attorney for Plaintiff
SANDRA MADISON

cc:
**VIA E-FILING**
Ms. Marina Pitts
Mr. Gregory Rockwell

**VIA FACSIMILE**
Mr. Vernon Charles Goins

**VIA U.S. MAIL**
Ms. Sandra Madison, Plaintiff

In light of plaintiff's representations, the status conferenced scheduled for June 24, 2005 is hereby CONTINUED to July 22, 2005 at 10:30 a.m. The parties shall file a joint status conference statement no later than July 15, 2005.

Dated: June 23, 2005



APPROVED
Judge Maxine M. Chesney