LINNEA N. WILLIS (SBN #221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone: (510) 383-9795
Facsimile: (510) 567-1395

Attorney for Plaintiff SANDRA MADISON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA CAPTORIA MADISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, a public entity; TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAM (ROP), a public entity; PLEASANTON UNIFIED SCHOOL DISTRICT, a public entity; RANDY FEWEL, an individual; FRED RUTLEDGE, an individual; ROBERT MIDDLETON, an individual; ROBERT KREITZ, an individual; JAMES HODGES, an individual; KELLY MARTINEZ, an individual; DAN HARRIS, an individual; CURTIS L. WATSON, an individual; and DOES 1-50, inclusive<br><br>Defendants. | **No. C04-0261 MMC**<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE** |

**To the court and all parties within:**

**PLAINTIFF HEREBY DISMISSES** the entire action of all parties and all causes of action with prejudice. All Defendants are hereby dismissed with prejudice, and the entire action is hereby dismissed.

Dated: July 19, 2005                                   s/Linnea N. Willis
                                      Linnea N. Willis
                                      Attorney for Plaintiff
                                      SANDRA CAPTORIA MADISON

        IT IS SO ORDERED.

        **APPROVED**
        **Judge Maxine M. Chesney**

Dated: July  22 , 2005
                                      _____
                                      HONORABLE MAXINE CHESNEY
                                      UNITED STATES DISTRICT COURT JUDGE

– 2 –
**PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**
*SANDRA CAPTORIA MADISON v. ALAMEDA COUNTY SHERIFF'S OFFICE et. al.*
U.S. DISTRICT COURT CASE NO. C04-0261 MMC